**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Daniel Lee Pease, Appellant.

Appellate Case No. 2021-000327

Appeal From Greenville County
Letitia H. Verdin, Circuit Court Judge

Unpublished Opinion No. 2022-UP-244
Submitted May 1, 2022 – Filed June 8, 2022

**APPEAL DISMISSED**

Appellate Defender Adam Sinclair Ruffin, of Columbia,
for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General William M. Blitch,
Jr., both of Columbia, for Respondent.

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386
U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

**APPEAL DISMISSED.**[1]

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.